

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

# ORIGINAL

|  |  |  |
|---|---|---|
| | * | |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | | |
| **Plaintiff(s)** | * | |
| | | Case No.: JFM 03CV0266 |
| **vs.** | * | |
| TELMARK, LLC, et al., | * | |
| **Defendant(s)** | | |
| | ****** | |

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

I, JOHN F. DOUGHERTY _____, am a member in good standing of the bar of

this Court. My bar number is __25369_____. I am moving the admission of

BRIAN J. BUTLER _____ to appear *pro hac vice* in this case as

counsel for defendants Telmark, LLC, Agway Energy Products, LLC, Agway Energy
Services, Inc., Agway Energy Services-PA, Inc.
We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts
and/or United States Courts:

| **Court** | **Date of Admission** |
|---|---|
| New York State | February 1997 |
| U.S. District Court NDNY | August 1999 |
| U.S. District Court WDNY | April 2002 |
| U.S. District Court SDNY | January 2002 |
| | |
| | |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been
admitted *pro hac vice* in this Court __0__ times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice
law in any jurisdiction.   (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or ___Andrew Jay Graham___, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

*John F. Dougherty*

Signature

___John F. Dougherty___

Printed Name

___Kramon & Graham, P.A.___

Firm

___One South Street – Suite 2600___

Address      Baltimore, MD      21202

___410-752-6030___

Telephone Number

___410-539-1269___

Fax Number

PROPOSED ADMITTEE

Signature

___Brian J. Butler___

Printed Name

___Bond, Schoeneck & King, PLLC___

Firm

___One Lincoln Center___

Address  Syracuse, NY      13202

___315-422-0121___

Telephone Number

___315-422-3598___

Fax Number

**************************************************************************

## ORDER

☑GRANTED       ☐DENIED

___2-24-03___

Date

Felicia C. Cannon

**Clerk, United States District Court**

*by: Tina Stavrou*

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice