## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2003, a copy of Plaintiff Fidelity and Deposit Company of Maryland's Opposition to Defendants' Motion to Dismiss or in the Alternative to Transfer Venue was served on the persons identified below by mailing said copy via U.S. mail, first class postage prepaid to:

Brian J. Butler
Bond Schoeneck & King PLLC
One Lincoln Center
Syracuse, NY  13202-1355

_Ellen Steury_
Ellen Steury