$50 FEE PAID
#1192794
___ FEE NOT PAID
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAR -7 A 10: 36

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| Fidelity & Deposit Company of Maryland | * | |
| Plaintiff(s) | | Case No.: JFM 03-CV-0266 |
| vs. | * | |
| Telmark, LLC et al. | | |
| Defendant(s) | | |

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __George R. Calhoun, V__, am a member in good standing of the bar of this Court. My bar number is __25018__. I am moving the admission of __Ellen Steury__ to appear *pro hac vice* in this case as counsel for __Fidelity & Deposit Company of Maryland__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Wisconsin | 1996 |
| W.D. Wisconsin | 1996 |
| District of Columbia | 1997 |
| U.S. District Court for D.C. | 2001 |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *(signature)* | *(signature)* |
| Signature | Signature |
| George R. Calhoun, V | Ellen Steury |
| Printed Name | Printed Name |
| Steptoe & Johnson, LLP | Steptoe & Johnson, LLP |
| Firm | Firm |
| 1330 Connecticut Avenue, N.W. | 1330 Connecticut Avenue, N.W. |
| Address Washington, D.C. 20036 | Address Washington, D.C. 20036 |
| (202) 429-3000 | (202) 429-3000 |
| Telephone Number | Telephone Number |
| (202) 429-3902 | (202) 261-0510 |
| Fax Number | Fax Number |

********************************************************************************

**ORDER**

☑ GRANTED    ☐ DENIED

3-12-03

Date

Felicia C. Cannon

Clerk, United States District Court

by: *(signature)*

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

## CERTIFICATE OF SERVICE

    I hereby certify that on March 6, 2003, a copy of the foregoing Motion to Admit Filiberto Agusti Pro Hac Vice and Motion to Admit Ellen Steury Pro Hac Vice were served on the persons identified below by U.S. mail, first class postage prepaid:

John F. Dougherty
Kramon & Graham, PA
One South Street, Suite 2600
Baltimore, MD  21202

Brian J. Butler
Bond Schoeneck & King PLLC
One Lincoln Center
Syracuse, NY  13202-1355

                                                _____
                                                Ellen Steury

```
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
         for the
   DISTRICT OF MARYLAND
   BALTIMORE MARYLAND, MD
                          1192794

RECEIVED FROM:
STEPTOE & JOHNSON

Case Number
JFM03-266

F/U/B/n:

Party
Tender Type          CHECK
                         $50.00
03-E855XX
         Vice

Remarks: check 342366
         Ellen Steury
     Subtotal:        $50.00

Receipt Total:
=============================
 Checks and drafts are accepted
 subject to collections and full
 credit will only be given when
 the check or draft has been
 accepted by the financial
 institution on which it was drawn

     Date:    3/7/03
     Clerk
```