IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAR -7 A 10: 36

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Fidelity & Deposit Company of Maryland
_____
Plaintiff(s)

vs.

Telmark, LLC et al.
_____
Defendant(s)

Case No. JFM 03 CV 0266

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __George R. Calhoun, V__, am a member in good standing of the bar of this Court. My bar number is __25018__. I am moving the admission of __Filiberto Agusti__ to appear *pro hac vice* in this case as counsel for __Fidelity & Deposit Company of Maryland__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| District of Columbia | 1979 |
| New York | 1991 |
| U.S. Court of Appeals, D.C. Cir. | September 10, 1979 |
| U.S. Court of Appeals, 4th Cir. | October 27, 1982 |
| U.S. Court of Appeals, 2d Cir. | September 27, 1983 |
|  |  |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      ~~Either the~~ The undersigned movant ~~or~~ _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| George R. Calhoun, V | Filiberto Agusti |
| Printed Name | Printed Name |
| Steptoe & Johnson, LLP | Steptoe & Johnson, LLP |
| Firm | Firm |
| 1330 Connecticut Avenue, N.W. Washington, D.C. 20036 | 1330 Connecticut Avenue, N.W. Washington, D.C. 20036 |
| Address | Address |
| (202) 429-3000 | (202) 429-3000 |
| Telephone Number | Telephone Number |
| (202) 429-3902 | (202) 429-3902 |
| Fax Number | Fax Number |

*******************************************************************

## ORDER

☑ GRANTED       ☐ DENIED

3-12-03

Date

Felicia C. Cannon

Clerk, United States District Court
by: [signature]

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

```
        RECEIPT FOR PAYMENT
     UNITED STATES DISTRICT COURT
              for the

         DISTRICT OF MARYLAND
            BALTIMORE MARYLAND, MD

                              1192795
------------------------------------
RECEIVED FROM:
STEPTOE & JOHNSON
------------------------
Case Number:

JFM03-266
------------------------

F/U/B/O:

Party ID:
Tender Type:          CHECK

03-6855XX             $50.00

Pro Hac Vice
                  $.00

Remarks: check 342367  PHV
         Filiberto Agusti
------------------------------   -------
      Subtotal:          $50.00

Receipt Total:           $50.00
===================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was dra

   Date:     3/7/03
   Clerk:    MRW
```