IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, </br></br>  Plaintiff, </br></br> v. </br></br> TELMARK, LLC *et al.*, </br></br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. JFM 03 CV 0266 |

**PLAINTIFF'S JURY DEMAND**

Plaintiff, Fidelity and Deposit Company of Maryland, hereby demands pursuant to Fed. R. Civ. P. 38, trial by jury of all triable issues in the above-captioned action.


Dated:  April 7, 2003

Respectfully submitted,

STEPTOE & JOHNSON, LLP


_____
George R. Calhoun, V (25018)
Filiberto Agusti
Ellen Steury
1330 Connecticut Avenue, NW
Washington, DC  20036-1795
(202) 429-3000 (tel)
(202) 429-3902 (fax)

- 2 -

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on or before April 7, 2003, a copy of the foregoing Jury Demand was served on counsel of record by electronic notification of filing and/or by placing a copy of said paper in the U.S. Mail, first class postage prepaid, to the following persons:

Brian J. Butler
Bond Schoeneck & King PLLC
One Lincoln Center
Syracuse, NY  13202-1355

John Fitzgerald Dougherty
jdougherty@kg-law.com
cbellucci@kg-law.com

Andrew Jay Graham
agraham@kg-law.com

/s/…………………..
Ellen Steury