## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on April 7, 2003, a copy of the foregoing Plaintiff's Sur-Reply to Defendant's Motion to Dismiss or Transfer Venue was served on counsel of record by electronic notification of filing and/or by placing a copy of said paper in the U.S. Mail, first class postage prepaid, to the following persons:

Brian J. Butler
Bond Schoeneck & King PLLC
One Lincoln Center
Syracuse, NY 13202-1355

John Fitzgerald Dougherty
jdougherty@kg-law.com
cbellucci@kg-law.com

Andrew Jay Graham
agraham@kg-law.com

/s/_____
Ellen Steury