IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIDELITY AND DEPOSIT COMPANY     *
                                                 *
       v.                                       *    Civil No. JFM-03-266
                                                 *
TELMARK, LLC, ET AL.               *
                                              ******

ORDER

For the reasons stated in the accompanying memorandum, it is, this 9th day of April 2003

ORDERED

1. Defendants' motion to dismiss or for change of venue is treated as a motion to transfer pursuant to 28 U.S.C. §1404(a) and, as such, is granted; and

2. This action is transferred to the United States District Court for the Northern District of New York.

                                                 /s/
                                                 J. Frederick Motz
                                                 United States District Judge